**United States District Court**
**Central District of California**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. | CR 08-854-RCF (Counts 1 and 2)<br>R3442905-RCF (Count 3) |
| Defendant  JASON A. GREENE | Social Security No.  0  4  6  0 | |
| akas: _____ | (Last 4 digits) | |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 8 | 20 | 2008 |

**COUNSEL**  [X] WITH COUNSEL  Kim Savo, Deputy Federal Public Defender
(Name of Counsel)

**PLEA**  [ ] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [X] NOT GUILTY

**FINDING**  There being a finding/verdict  [X] GUILTY, defendant has been convicted as charged of the offense(s) of:

Count 1: California Vehicle Code §23152(a):  Driving Under the Influence of Alcohol (Class A)
Count 2: California Vehicle Code § 23152(b): Driving Under the Influence of Alcohol over .08% - (Class A)
Count 3: California Vehicle Code § 14601.2(a): Driving while privileges suspended/revoked for DUI - (Class B)

**JUDGMENT AND PROB/ COMM ORDER**  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the imposition of jail time shall be suspended and the defendant shall be placed on supervised probation for a period of three years for the convictions of Cal. Veh. Code § § 23152(b) and 14601.2.  All sentencing on the conviction for California Vehicle Code § 23152(a) is stayed.  The term of probation on counts 2 and 3 shall run concurrently and under the following terms and conditions:

1. The defendant shall comply with the rules and regulations of the Probation Office and General Order 05-02.

2. The defendant shall serve thirty (30) days custody in a jail-type facility, which shall be served in 48 hour increments, as directed by the Probation Officer.

3. The defendant shall refrain from alcohol and any unlawful use of a controlled substance and submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, not to exceed six tests per month, as directed by the Probation Officer, pursuant to 18 U.S.C. § 3563(a)(5).

4. The defendant shall participate in an outpatient substance abuse testing and treatment program as directed by the Probation Officer.

5. The defendant shall not drive a motor vehicle with any measurable amount of alcohol in his body.

6. The defendant shall submit to and complete tests of his breath, blood, or urine when requested by a peace officer, or as requested by the Probation Officer upon reasonable cause to believe the defendant is using illegal drugs or abusing alcohol.

7. The defendant shall enroll in, complete, and pay for an approved 18 month driving-under-the-influence program, as directed by the Probation Officer.

8. Within thirty (30) days of sentencing, or upon the issuance or restoration of a valid state-issued driver's license, whichever comes later, the defendant shall install and maintain a State certified ignition interlock device on any vehicle he/she operates and shall not operate a motor vehicle unless the vehicle is equipped with a functioning, certified ignition interlock device. The defendant shall pay all costs associated with the installation, maintenance, and removal of the state certified ignition interlock device, and shall demonstrate timely evidence of this to the Probation Officer.

9. The defendant shall comply with all rules and regulations of any applicable military installation and of the Department of Motor Vehicles. The defendant shall not operate any vehicle unless granted permission to do so via a valid State issued driver's license.

It is adjudged that the defendant, Jason A. Greene, shall pay a fine of $390 on CR08-854-RCF, and a fine of $300 on R3442905-RCF, for a total fine of $690. Defendant shall pay a special assessment of $25 on CR08-854-RCF, and $10 on R3442905-RCF, for a total special assessment of $35. Defendant shall pay a federal processing fee of $25 on R3442905-RCF. Defendant shall pay the fine, special assessment, and processing fee on or before May 20, 2009.

The fine and special assessment for CR 08-854-RCF fee shall to be mailed to:

United States District Court
Fiscal Department
312 N. Spring Street, Room 529
Los Angeles, CA 90012

The fine, special assessment and processing fee for R3442905-RCF shall be mailed to:

Central Violations Bureau
Post Office Box 70939
Charlotte, NC 28272-0939

///
///

USA v.  JASON A. GREENE                                    Docket No.:  CR 08-854-RCF / R3442905-RCF

**IT IS SO ORDERED.**

In addition to the special conditions of supervision imposed above, it is hereby ordered that the Standard Conditions of Probation and Supervised Release within this judgment be imposed. The Court may change the conditions of supervision, reduce or extend the period of supervision, and at any time during the supervision period or within the maximum period permitted by law, may issue a warrant and revoke supervision for a violation occurring during the supervision period.

12/15/2008
Date

RITA COYNE FEDERMAN
United States Magistrate Judge



It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer. 1159

12/15/08
Filed Date

By _____  -Barbara Hall-
Deputy Clerk

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below).

### STANDARD CONDITIONS OF PROBATION AND SUPERVISED RELEASE

While the defendant is on probation or supervised release pursuant to this judgment:

1. The defendant shall not commit another Federal, state or local crime;
2. the defendant shall not leave the judicial district without the written permission of the court or probation officer;
3. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5. the defendant shall support his or her dependents and meet other family responsibilities;
6. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;
8. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered;
10. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12. the defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer;
13. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to conform the defendant's compliance with such notification requirement;
15. the defendant shall, upon release from any period of custody, report to the probation officer within 72 hours;
16. and, <u>for felony cases only</u>: not possess a firearm, destructive device, or any other dangerous weapon.

## RETURN

I have executed the within Judgment and Commitment as follows:

Defendant delivered on _____ to _____

Defendant noted on appeal on _____

Defendant released on _____

Mandate issued on _____

Defendant's appeal determined on _____

Defendant delivered on _____ to _____

at _____

the institution designated by the Bureau of Prisons, with a certified copy of the within Judgment and Commitment.

United States Marshal

By _____

Date                                   Deputy Marshal

## CERTIFICATE

I hereby attest and certify this date that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

Clerk, U.S. District Court

12/15/08                  By _____  -Barbara Hall
Filed Date                       Deputy Clerk

## FOR U.S. PROBATION OFFICE USE ONLY

Upon a finding of violation of probation or supervised release, I understand that the court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

(Signed) _____          _____
         Defendant                 Date

_____                   _____
U. S. Probation Officer/Designated Witness    Date